UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

CARRIE L. SCHMID,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　)　　Civil Case No.
　　　　　　　　　　　　　　　　　　)　　3:18-cv-60-JMH
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**FINAL JUDGMENT**
NANCY A. BERRYHILL., Acting　　　　)
Commissioner of the Social　　　　　)
Security Administration,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

\*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 12th day of March, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge